IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| CASES FILED BY JOHN T. WILLIAMS, | CIVIL ACTION FILE NOS. 1:25-CV-1256-MHC 1:25-CV-1320-MHC 1:25-CV-1319-MHC |
| Plaintiff. | |

## ORDER

This matter is before the Court on the Final Report and Recommendation of United States Magistrate Judge Regina D. Cannon ("R&R") [Doc. 4 in No. 1:25-cv-1256-MHC; Doc. 3 in No. 1:25-cv-1319-MHC; Doc. 3 in No. 1:25-cv-1320-MHC] recommending that Plaintiff John T. Williams' Complaints [Doc. 3 in No. 1:25-cv-1256-MHC; Doc. 2 in No. 1:25-cv-1319-MHC; Doc. 2 in No. 1:25-cv-1320-MHC] in the above-styled civil actions[1] be dismissed as frivolous and that

---

[1] The Magistrate Judge noted that, in each of these three separate actions, Plaintiff's allegations were essentially the same: "He claims government departments, officials, and agents (as variously named) wrongfully seized and foreclosed upon two of his properties in connection with an unauthorized forfeiture proceeding related to a prior criminal conviction." R&R at 1. Plaintiff filed each of these actions within the span of a week, along with Williams v. State of Georgia et al., Case No. 1:25-cv-01257-MHC (filed Mar. 7, 2025), which the Undersigned already has dismissed as frivolous. Id.

an existing filing injunction against Plaintiff be expanded.² The Order for Service of the R&R [Doc. 5 in No. 1:25-cv-1256-MHC; Doc. 4 in No. 1:25-cv-1319-MHC; Doc. 4 in No. 1:25-cv-1320-MHC] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the service of that order. No objections have been filed within the permitted time period.³

---

² In April 2024, due to Plaintiff's history of duplicative and frivolous litigation, United States District Judge Victoria M. Calvert imposed a filing restriction to prevent Plaintiff from filing any new in forma pauperis applications related to his criminal conviction without first seeking leave of the Court. R&R at 2; see also Order, John T. Williams v. Mark H Cohen et al., No. 1:23-cv-3045-VMC (N.D. Ga. Apr. 26, 2024), ECF No. 10, and related cases.

³ Instead of filing objections, Plaintiff filed a Notice of Appeal [Doc. 6 in No. 1:25-cv-1256-MHC; Doc. 5 in No. 1:25-cv-1319-MHC; Doc. 5 in No. 1:25-cv-1320-MHC]. However, a magistrate judge's report and recommendation that has not been adopted by the district court is not a final order that is immediately appealable. Perez-Priego v. Alachua Cnty. Clerk of Court, 148 F.3d 1272, 1273 (11th Cir. 1998); see also 28 U.S.C. § 1291 (providing for jurisdiction in the courts of appeals from final decisions of the district courts). Moreover, the district court's subsequent adoption of the report and recommendation does not cure the premature notice of appeal. Perez-Priego, 148 F.3d at 1273. Accordingly, the notice of appeal does not divest this Court of jurisdiction over the adoption of the R&R.

To the extent that the grounds of Plaintiff's Notice of Appeal can be viewed as objections to the R&R, the Court finds that they are impermissibly general and conclusory and therefore are **OVERRULED**. See United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009) (internal quotation marks omitted) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988)) ("Parties filing objections to a magistrate's report and recommendation must specifically identify

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 4 in No. 1:25-cv-1256-MHC; Doc. 3 in No. 1:25-cv-1319-MHC; Doc. 3 in No. 1:25-cv-1320-MHC] as the judgment of the Court. It is hereby **ORDERED** that Plaintiff John T. Williams's Complaints [Doc. 3 in No. 1:25-cv-1256-MHC; Doc. 2 in No. 1:25-cv-1319-MHC; Doc. 2 in No. 1:25-cv-1320-MHC] are **DISMISSED AS FRIVOLOUS**.

It is **FURTHER ORDERED** that Plaintiff John T. Williams is hereby **ENJOINED** from filing new in forma pauperis actions based on the foreclosure proceedings related to his criminal conviction without first seeking leave of Court. Plaintiff is **ORDERED** to include reference to the Court's filing injunction in all future complaints and cover sheets.

---

those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court.").

3

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 2nd day of April, 2025.

_____
MARK H. COHEN
United States District Judge